IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA INDEPENDENT TOWERS AND SALVORS ASSOCIATION, <u>et al.</u>, | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| | : | No.  24-5777 |
| v. | : : | |
| JOSHUA D. SHAPIRO <u>et al.</u>, | : | |
| Defendants | : : | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and Defendant, the Philadelphia Parking Authority, by and through their respective counsel, hereby stipulate and agree that all claims are voluntarily dismissed without prejudice, each party to bear its own costs.

**IT IS AGREED:**

| | |
|---|---|
| /s/ *Adam M. Leasure* | /s/ *Patrick J. Doran* |
| Michael T. van der Veen, Esq. | Patrick J. Doran, Esq |
| Adam Leasure, Esq. | Amy E. Pearl, Esquire |
| van der Veen, Hartshorn, Levin & Lindheim | Archer & Greiner, P.C. |
| 1219 Spruce St | 1717 Arch St., Suite 3500 |
| Philadelphia, PA 19107 | Philadelphia, PA 19103 |
| Phone: (215) 546-1000 | Phone: (215) 246-3175 |
| aleasure@mtvlaw.com | pdoran@archerlaw.com |
| *Counsel for all Plaintiffs* | *Counsel for Defendant, The Philadelphia Parking Authority* |
| Date: <u>May 23, 2025</u> | Date:  <u>May 23, 2025</u> |

/s/ Patrick J. Doran
_____

Patrick J. Doran, Esq.
Amy E. Pearl, Esq.
Archer & Greiner, P.C.
Three Logan Square
Thirty-Fifth Floor
Philadelphia, PA 19103
Phone: (215) 963-3300
pdoran@archerlaw.com
apearl@archerlaw.com
*Counsel for Defendant Philadelphia Parking Authority*

Date: May 29, 2025